```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW STEGMAN
    Assistant U.S. Attorney
 3  REBEKAH R. GIBSON
    Certified Law Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2806
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CR. NO. 06-160-DAD
                                 )
12            Plaintiff,         )   PROBATION REVOCATION PETITION,
                                 )   NOTICE OF HEARING and
13       v.                      )   [PROPOSED] ORDER
                                 )
14  GABRIEL C. ALIZAGA,          )   DATE:  January 16, 2007
                                 )   TIME:  10:00 a.m.
15            Defendant.         )   JUDGE: Hon. Dale A. Drozd
                                 )
16  _____)
```

17       On August 8, 2006, the above-named defendant was given the
18  following sentence, among other things, by United States
19  Magistrate Judge Dale A. Drozd:
20       1.  Unsupervised court probation for a term of three
21           years;
22       2.  Enroll, participate in, and successfully complete
23           an alcohol education and counseling program
24           licensed pursuant to Section 11836 of the
25           California Health and Safety Code;
26           a.  Defendant shall provide proof of enrollment
27               within 30 days of judgment, and
28           b.  Defendant shall provide proof of completion;

3. Serve 48 hours of community service:
   a. Successfully complete a minimum of 10 hours of community service per month starting in September 2006, until community service is completed, and
   b. Defendant shall provide written proof, signed by an authorized person at the community service agency, by the fifth day of each month; and
4. A one thousand ($1,000) dollar fine and a ten ($10) dollar special assessment, for a total financial obligation of one thousand and ten ($1,010) dollars:
   a. Payment of fifty ($50) dollars to be sent in on the first of each month, to be received no later than the fifth day of each month.

The United States alleges that the defendant has violated these conditions as follows:

1. The defendant has not provided proof of enrollment in, or completion of, an alcohol education and counseling program licensed pursuant to Section 11836 of the California Health and Safety Code;
2. The defendant has not provided written proof of completion of any community service; and,
3. The defendant has not made any payments toward the imposed fine and special assessment.

///
///

2

1  The United States therefore petitions the Court to place this
2  matter on its calendar for 10:00 a.m. on January 16, 2007, to
3  allow the defendant to show cause why the probation granted on
4  August 8, 2006, should not be revoked.

5  DATED: December 21, 2006                Respectfully submitted,

6                                          MCGREGOR W. SCOTT
                                           United States Attorney
7

8                                    By:   /s/ Matthew C. Stegman
                                           MATTHEW C. STEGMAN
9                                          Assistant U.S. Attorney

10

11                              [PROPOSED] ORDER

12      It is Hereby Ordered that the defendant appear on January 16,
13  2007, at 10:00 a.m., to show cause why the probation granted on
14  August 8, 2006, should not be revoked.

15      IT IS SO ORDERED.

16  Dated: December 21, 2006

17

18                                          _____
                                            Hon. Dale A. Drozd
19                                          United States Magistrate Judge

3

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on December 21, 2006, she served a copy of **Probation Revocation Petition and Notice of Hearing** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

Gabriel C. Alizaga
2567 Fraser Court
Pinole, CA 94564

Tara I. Allen
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814

                                                  /s/ Rebekah R. Gibson
                                                  Rebekah R. Gibson