```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW STEGMAN
    Assistant U.S. Attorney
 3  REBEKAH R. GIBSON
    Certified Law Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2806
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,  )   NO. 06-mj-0160-DAD
                               )
12          Plaintiff,         )   PROBATION REVOCATION PETITION,
                               )   NOTICE OF HEARING and
13   v.                        )   ORDER
                               )
14  GABRIEL C. ALIZAGA,        )   DATE: April 10, 2007
                               )   TIME: 10:00 a.m.
15          Defendant.         )   JUDGE: Hon. Dale A. Drozd
    _____)
16
17       On August 8, 2006, the above-named defendant was given the
18  following sentence, among other things, by United States
19  Magistrate Judge Dale A. Drozd:
20       1.   Unsupervised court probation for a term of three
21            years;
22       2.   Enroll, participate in, and successfully complete
23            an alcohol education and counseling program
24            licensed pursuant to Section 11836 of the
25            California Health and Safety Code:
26            a.   Defendant shall provide proof of enrollment
27                 within 30 days of judgment, and
28            b.   Defendant shall provide proof of completion;
```

1

        3.    Serve 48 hours of community service:
             a.    Successfully complete a minimum of 10 hours of community service per month starting in September 2006, until community service is completed, and
             b.    Defendant shall provide written proof, signed by an authorized person at the community service agency, by the fifth day of each month; and
        4.    A one thousand ($1,000) dollar fine and a ten ($10) dollar special assessment, for a total financial obligation of one thousand and ten ($1,010) dollars:
             a.    Payment of fifty ($50) dollars to be paid on the first of each month, to be received no later than the fifth day of each month.

On January 30, 2007, the above sentence was modified by the Court converting the community service requirement to forty-eight hours incarceration.

The United States alleges that the defendant has violated the conditions of probation set forth by the Court as follows:
        1.    The defendant has not provided proof of enrollment in, or completion of, an alcohol education and counseling program licensed pursuant to Section 11836 of the California Health and Safety Code;
        2.    The defendant has not made any payments toward the imposed fine or special assessment.

///

2

1    The United States therefore petitions the Court to place this
2 matter on its calendar for 10:00 a.m. on April 10, 2007, to allow
3 the defendant to show cause why the probation granted on August 8,
4 2006, should not be revoked.

5 DATED: March 28, 2007                    Respectfully submitted,

6                                          MCGREGOR W. SCOTT
                                           United States Attorney
7
8                                    By:   /s/ Matthew C. Stegman
                                           MATTHEW C. STEGMAN
9                                          Assistant U.S. Attorney

10

11                                  ORDER

12    It is Hereby Ordered that the defendant appear on April 10
13 2007, at 10:00 a.m., to show cause why the probation granted on
14 August 8, 2006, should not be revoked.

15    IT IS SO ORDERED.
16 DATED: March 28, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

21 Ddad1/orders.criminal/alizaga0160.ord

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on March 28, 2007, she served a copy of **Probation Revocation Petition and Notice of Hearing** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressee(s):

Gabriel C. Alizaga
2567 Fraser Court
Pinole, CA 94564

Tara I. Allen
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814

/s/ Rebekah R. Gibson
Rebekah R. Gibson

4